UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ODALYS SAMUDIO,

                    Plaintiff,

v.                                                      ORDER

PAR STERILE PRODUCTS, LLC.,            19-cv-10152 (PMH)

                    Defendants.
------------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      This matter has recently been reassigned to me.  The parties are directed to submit a joint letter to the Court via ECF concerning the status of this action by May 29, 2020.

                                         **SO ORDERED.**

Dated:  New York, New York
         April 29, 2020

                                              _____
                                              Philip M. Halpern
                                              United States District Judge